In the Matter of the Claim of Marie Connolly, Appellant. Martin P. Catherwood, as Industrial Commissioner, Respondent.—

Present — Bergan, P. J., Coon, Gibson, Herlihy and Reyonlds, JJ.